# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Daniel G. Martin | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 13 CR 328 - 1 | **DATE** | 4/20/2013 |
| **CASE TITLE** | USA vs. Abdella Ahmad Tounisi | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant appears in response to arrest on 4/20/2013. Defendant informed of his rights. Enter Order appointing Matthew J. Madden of the Federal Defender Program/Panel as counsel for defendant. Government seeks detention. Detention hearing is set for 4/23/2013 at 10 a.m. Defendant to remain in custody.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | LXS |
|---|---|---|