UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 13 CR 328 |
| | ) | |
| v. | ) | Honorable Daniel G. Martin |
| | ) | |
| ABDELLA AHMAD TOUNISI | ) | |

**Government's Notice of Intent to Use**
**Foreign Intelligence Surveillance Act Information**

The United States, through its attorney, Gary S. Shapiro, United States Attorney for the Northern District of Illinois, hereby provides notice to defendant Abdella Ahmad Tounisi and to the Court that, pursuant to Title 50, United States Code, Section 1806(c) and 1825(d), the United States intends to offer into evidence, or otherwise use or disclose in any proceedings in this matter, information obtained and derived from electronic surveillance conducted pursuant to the Foreign Intelligence Surveillance Act of 1978 ("FISA"), as amended, 50 U.S.C. §§ 1801-1812 and 1821-1829.

        Respectfully submitted,
        GARY S. SHAPIRO
        United States Attorney

By:   s/*William E. Ridgway*
        William E. Ridgway
        Assistant United States Attorney
        219 S. Dearborn Street, Rm. 500
        Chicago, Illinois 60604
        (312) 353-5300

DATE: April 23, 2013