

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION



**FILED**

NOV 1 0 2016
11-10-16 EAA
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff | ) | |
| v. | ) | Case No.13 CR 328 |
| ABDELLA TOUNISI | ) | Judge Samuel Der-Yeghiyan |
| Defendant | ) | |

LETTER TO JUDGE REQUESTING SENTENCING DATE

Now comes ABDELLA TOUNISI, by and through his own means as a Pro Se litigant. I humbly request a sentencing date as soon as possible or on Dec. 13th, instead of a status hearing. If this court cannot set a sentencing date then I request a hearing to find out why the court will not grant a sentencing date.

Wherefore, defendant seeks the appropriate remedy from the Court.

Respectfully Submitted,

By: _Abdella Tounis_ 11/7/16

ABDELLA TOUNISI   DATE  Inmate # 43307-424

Metropolitan Correctional Center

71 West Van Buren Chicago, IL 60605

VERIFICATION

I certify the foregoing IS true and correct Pursuant
28 USC 1746 under the penalty of perjury.

All Rights Reserved,

By: _Aladdin Tounis_   11/7/16