UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

AUG 09 2022

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

ABDELLA AHMAD TOUNISI
    Defendant-Petitioner

v.

UNITED STATES OF AMERICA
    Plaintiff-Respondent

Case No. 13 CR 328
JUDGE, Robert M. Dow Jr.

## MOTION FOR COMPASSIONATE RELEASE FOR THE REDUCTION OF SENTENCE

I respectfully request that this Court grant me Compassionate Release through a sentence reduction pursuant to 18 U.S.C. §3582(c)(1)(A)(i) and 18 U.S.C. § 3553(a) from a sentence of 180 months in prison with a projected release date 01/29/26 and life supervised release to time-served, so that I may begin my supervised released.

- I was arrested and charged in April of 2013. Convicted in 2015 at the age of 20. Currently I'm 28 and I've been suffering from a few incurable medical problems.

- I was diagnosed with Psoriasis (an auto immune skin disorder) in March of 2021. I was then diagnosed with Psoriatic Arthritis (a type of inflammatory arthritis) and Ankylosing spondylitis (an inflammation of the spine) in February of this year. I was then prescribed immuno suppressant medicine (e.g. "Methotrexate 15mg" once a week from 3/14/22 - 7/11/22),("Humera 40mg" shot every other week beginning on 7/27/22).

- Furthermore, I have been having difficulty breathing since the summer of 2020. I was prescribed a steroid inhaler (Albuterol) in August of 2021. I was told by a medical provider last month that I would be diagnosed with Asthma.

- Since the COVID-19 pandemic, I've been vaccinated and received a booster shot and I'm currently waiting for my 2nd.

- Due to the COVID-19 pandemic, especially with the current surge of the new variants, the risk is substantial of serious complications and death if I catch the virus because of my suppressed immune system and difficulty breathing.

-1-

- I sent a request for compassionate release to my Warden (FCI Terre Haute) on January 19, 2022. I received a denial response on February 9, 2022.

- Upon release I intend on becoming a good citizen through work, family, education and guidance from the probation office. I would be relocated to my mom and dad's house in Plainfield, IL where I would quarantine.

## Conclusion

For the above reasons, I respectfully request that this Court should grant my Motion for Compassionate Release to "time-served" and to start my life supervised release.

Thank You,

*Abdella Tounis*
8/3/22

Abdella Tounisi
#43307-424
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

Legal Mail

RECEIVED
2022 AUG -9 AM 8:52

⟲43307-424⟲
Northern Dist Court House
20th Floor
219 S Dearborn ST
Chicago, IL 60604
United States





Case: 1:13-cr-00328 Document #: 111 Filed: 08/09/22 Page 4 of 4 PageID #:565